UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In Re:                                          :
                                                :   **ORDER**
JOSEPH P. BYRNE and JENNIFER M.                 :
BYRNE,                                          :   22 CV 8762 (VB)
         Debtors.                               :
--------------------------------------------------------------x
--------------------------------------------------------------x
KRISTA M. PREUSS,                               :
         Appellant,                             :
v.                                              :
                                                :
JOSEPH P. BYRNE and JENNIFER M.                 :
BYRNE,                                          :
         Appellees.                             :
--------------------------------------------------------------x
--------------------------------------------------------------x
In Re:                                          :
                                                :
CURTIS E. BOONE                                 :   22 CV 8767 (VB)
         Debtor.                                :
--------------------------------------------------------------x
--------------------------------------------------------------x
KRISTA M. PREUSS,                               :
         Appellant,                             :
v.                                              :
                                                :
CURTIS E. BOONE,                                :
         Appellee.                              :
--------------------------------------------------------------x

    As discussed at a conference held today in both of the above-captioned related bankruptcy appeals and attended by counsel for all parties, it is HEREBY ORDERED:

1. The parties shall discuss settlement in good faith. By **December 30, 2022,** appellants' counsel shall submit a joint letter regarding the status of the parties' settlement discussions, including what efforts have been made or will be made (if any) to settle these appeals.

2. Appellants' principal brief shall be filed by **January 12, 2023**. Appellants shall file one brief, not to exceed twenty-five pages, in support of both appeals.

3. Appellees' principal brief shall be filed by **February 27, 2023**. Appellees shall file one brief, not to exceed twenty-five pages.

1

4. Appellants' reply brief shall be filed by **March 13, 2023**. Appellants shall file one brief, not to exceed ten pages.

Dated: November 28, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge